UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SAVANNAH LICENSING, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ENVOY, INC.,**<br><br>Defendant. | Civil Action No. 6:22-cv-00553-ADA |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Savannah Licensing LLC ("Savannah") files this Unopposed Motion to Stay All Deadlines and Notice of Settlement. Counsel for the parties have conferred and Envoy, Inc. ("Envoy") does not oppose this motion to stay. All matters in controversy between Savannah and Envoy have been settled in principle. The parties require additional time to finalize the agreement and to dismiss the case. The parties, therefore, respectfully request that all hearings and deadlines between the parties be stayed up to and including November 30, 2022.

Dated: October 31, 2022

           */s/ Raymond W. Mort, III*
           Raymond W. Mort, III
           Texas State Bar No. 00791308
           raymort@austinlaw.com
           **THE MORT LAW FIRM, PLLC**
           501 Congress Ave, Suite 150
           Austin, TX 78701
           Tel/Fax: 512-865-7950

           CHONG LAW FIRM PA
           Jimmy Chong (#4839)
           2961 Centerville Road, Suite 350
           Wilmington, DE 19808
           Telephone: (302) 999-9480
           Facsimile: (302) 800-1999
           Email: patent@chonglawfirm.com

           ATTORNEYS FOR PLAINTIFF