UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SAVANNAH LICENSING, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ENVOY, INC.,**<br><br>Defendant. | Civil Action No. 6:22-cv-00553-ADA |

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

On this date came for consideration the Unopposed Motion to Stay All Deadlines and Notice of Settlement by Savannah Licensing, LLC. The Court is of the opinion that the motion should be GRANTED, and it is therefore,

ORDERED that the Unopposed Motion to Stay All Deadlines is GRANTED and that all deadlines are hereby stayed to November 30, 2022. If dismissal papers are not filed with the Court on or before November 30, 2022, the parties must submit a joint status report.

Signed this the 1st day of November, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE