IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SAVANNAH LICENSING, LLC, | |
| Plaintiff, | Civil Action No.: 6:22-cv-00553-ADA |
| v. | |
| ENVOY, INC., | TRIAL BY JURY DEMANDED |
| Defendant. | |

## STATUS REPORT

Plaintiff, Savannah Licensing, LLC and Envoy, Inc file this joint status report pursuant to Court's Order dated November 1, 2022. The parties are close to completing an agreement and have only one minor point of contention to resolve. The parties expect to resolve it shortly.

The parties request an additional thirty (30) days to file a dismissal in this case.

Dated: December 1, 2022

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
100 Congress Ave, Suite 2000
Austin, TX 78701
Email: raymort@austinlaw.com
T: 512-865-7950

Together with:

CHONG LAW FIRM PA
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

        */s/ Amadou Kilkenny Diaw*
        GOODWIN PROCTER LLP
        Amadou Kilkenny Diaw
        1900 N St. NW
        Washington, DC 20015
        Telephone: (202) 346-4000
        Facsimile: (202) 346-4444
        Email: adiaw@goodwinlaw.com

        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Raymond W. Mort, III, certify that on December 1, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Raymond W. Mort, III*
        Raymond W. Mort, III